# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**BRANDON M ASKEW**  **PLAINTIFF**
ADC #128557

v.                    CASE NO. 2:23-CV-00099-BSM

**DOES**  **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 13] is adopted and Askew's complaint [Doc. No. 2] is dismissed without prejudice.  Askew's motion for copies and motion for status update [Doc. Nos. 14, 22] are granted, and the clerk is directed to send Askew a copy of this order and accompanying judgment and the docket sheet.  Askew's motions to amend [Doc. Nos. 17, 25] are denied because his proposed amendments are futile.  All other pending motions [Doc. Nos. 3, 9, 12, 16, 21, 23, 26] are denied as moot.  It is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. section 1915(g).  An *in forma pauperis* appeal of this order and judgment would not be taken in good faith.

IT IS SO ORDERED this 24th day of July, 2023.

UNITED STATES DISTRICT JUDGE