IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRANDON M ASKEW**                                                                 **PLAINTIFF**
ADC #128557

v.                              CASE NO. 2:23-CV-00099-BSM

**DOES**                                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE